UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE TOCCO,
individually and on behalf of a class,

        Plaintiff,

v.

REAL TIME RESOLUTIONS, INC.

        Defendant.

No. 14-CV-810 (WHP)

ECF FILED

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Casey D. Laffey, dated June 27, 2013 and accompanying memorandum of law, defendant Real Time Resolutions, Inc. ("Defendant") will move this Court at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designated by the Court, for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint of plaintiff Angelique Tocco, individually and as the representative of a putative class, in its entirety and with prejudice, along with such other and further relief as the Court deems just, proper and equitable.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, dated May 23, 2014, opposition papers, if any, shall be filed on or before July 23, 2014, and reply papers shall be filed on or before August 1, 2014. Oral argument is scheduled for August 8, 2014 at 10:30 a.m.

Dated: New York, New York
June 27, 2014

REED SMITH LLP

By: /s/ Casey D. Laffey
Casey D. Laffey
Geoffrey G. Young
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
*Attorneys for Defendant*

TO: KLEINMAN, LLC
Attn: Abraham Kleinman, Esq.
626 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 522-2621

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
Attn: Tiffany Hardy, Esq.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
Tel.: (312) 739-4200

*Attorneys for Plaintiff*