LAW OFFICES
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

September 23, 2014

**VIA U.S. MAIL**

The Honorable Judge William H. Pauley III
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:   *Angelique Tocco v. Real Time Resolutions, Inc.*
            Case No. 14-cv-0810

Dear Judge Pauley,

      I represent plaintiff Angelique Tocco in the above matter. I am writing to oppose the request of defendant Real Time Resolutions, Inc. to certify for immediate appeal pursuant to 28 U.S.C. § 1292(b) this Court's August 13, 2014 Memorandum and Order ("August 2014 Order") or alternatively schedule a pre-motion conference.

      Without addressing the merits-based arguments made by defendant, plaintiff points out that, as defendant noted, the issues raised by this Court's August 14 Order are already on appeal in the cases of *Hart v. FCI Lender Services Inc.*,14-cv-191 (2d Cir. filed January 27, 2014) and *Franco v. Allied Interstate, LLC*, No. 14-cv-1464(file May 12, 2014). Oral argument on *Hart* was heard on August 27, 2014. The quickest resolution of the issues raised by defendant will come with decisions in *Hart* and *Franco*.

                                            Respectfully Yours,

                                            s/Tiffany N. Hardy
                                            Tiffany N. Hardy

Tiffany N. Hardy
*Attorneys for Plaintiff*

EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
Ph: (312) 739-4200
thardy@edcombs.com

Abraham Kleinman
*Attorney for Plaintiff*
626 RexCorp Plaza
Uniondale, NY 11556
Ph: (516) 522-2621
akleinman@kleinmanllc.com

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on September 23, 2014, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

Abraham Kleinman
akleinman@kleinmanllc.com

Casey Devin Laffey
claffey@reedsmith.com

Geoffrey Garrett Young
gyoung@reedsmith.com

>                            s/ Tiffany N. Hardy
>                            Tiffany N. Hardy

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)