UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELIQUE TOCCO,<br>individually and on behalf of a class,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>REAL TIME RESOLUTIONS, INC.<br><br>　　　　　　　　Defendant. | No. 14-CV-810 (WHP)<br><br>ECF FILED<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Real Time Resolution, Inc. ("Defendant"), by its attorneys Reed Smith LLP, hereby discloses its parent corporation is Real Time Group, Inc. Neither company is publicly traded and no publicly-held corporation owns 10% or more of either company's stock.

Dated:　New York, New York
　　　　　November 11, 2014

　　　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP


　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Casey D. Laffey*
　　　　　　　　　　　　　　　　　　　　　　　　　Casey D. Laffey
　　　　　　　　　　　　　　　　　　　　　　　　　Geoffrey G. Young
　　　　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　Tel. (212) 521-5400
　　　　　　　　　　　　　　　　　　　　　　　Fax (212) 521-5450
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*