UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANGELIQUE TOCCO,<br>individually and on behalf of a class,<br><br>                         Plaintiff,<br><br>                v.<br><br>REAL TIME RESOLUTIONS, INC.<br><br>                         Defendant. | No. 14-CV-810 (WHP)<br><br>ECF FILED<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Casey D. Laffey, dated November 26, 2014 and accompanying memorandum of law, defendant Real Time Resolutions, Inc. ("Defendant") will move this Court at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designated by the Court, for an Order, pursuant to 28 U.S.C. § 1292(b), for certification of the Court's August 13, 2014 Memorandum and Order for immediate appeal to the Second Circuit Court of Appeals and a stay pending adjudication of that appeal, along with such other and further relief as the Court deems just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, dated November 21, 2014, opposition papers, if any, shall be filed on or before December 29, 2014, and reply papers shall be filed on or before January 5, 2015. Oral argument is scheduled for January 16, 2015 at 12:00 p.m.

- 2 -

Dated: New York, New York
       November 26, 2014

REED SMITH LLP

By: /s/ *Casey D. Laffey*
    Casey D. Laffey
    Geoffrey G. Young
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
*Attorneys for Defendant*

TO:    KLEINMAN, LLC (*via ECF*)
        Attn: Abraham Kleinman, Esq.
        626 RXR Plaza
        Uniondale, New York 11556
        Tel.: (516) 522-2621

        EDELMAN, COMBS, LATTURNER & GOODWIN, LLC (*via ECF*)
        Attn: Tiffany Hardy, Esq.
        20 South Clark Street, Suite 1500
        Chicago, Illinois 60603
        Tel.: (312) 739-4200

        *Attorneys for Plaintiff*