**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
ANGELIQUE TOCCO,                                    :
individually and on behalf of a class,              :
                                                    :
              Plaintiff,                            :
                                                    :        No. 14-CV-810 (WHP)
                                                    :
       v.                                           :
                                                    :
REAL TIME RESOLUTIONS, INC.,                        :
                          Defendant.                :
-------------------------------------------------------------x
```

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement in this case.

The parties request that all dates and deadlines be stricken. The parties will execute a settlement

agreement and plaintiff will file a stipulation of dismissal shortly.


Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy



Cathleen M. Combs
Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St. Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY 11556-0626
(516) 522-2621
(888) 522-1692 (FAX)

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, certify that on August 3, 2015, a copy of this document was sent via ECF to the following parties:

Casey Devin Laffey
Reed Smith LLP
599 Lexington Avenue
29th Floor
claffey@reedsmith.com

Geoffrey Garrett Young
Reed Smith LLP
599 Lexington Avenue
29th Floor
gyoung@reedsmith.com

/s/ Tiffany N. Hardy
Tiffany N. Hardy